IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

------------------------------------------------------------X
JOHN DOE,

                        Plaintiff,

     -against-

CLEMSON UNIVERSITY, CLEMSON UNIVERSITY BOARD OF TRUSTEES, JAMES P. CLEMENTS, individually and as agent for Clemson University, ALMEDA JACKS, individually and as agent for Clemson University, ALESIA SMITH, individually and as agent for Clemson University, SUZANNE PRICE, individually and as agent for Clemson University, LORETO JACKSON, individually and as agent for Clemson University and DAVID FROCK, individually and as agent for Clemson University,

                        Defendants.
------------------------------------------------------------X

Civil Action No.: 8:16-cv-1957-BHH

ACCEPTANCE OF SERVICE

    I hereby acknowledge receipt of the Plaintiff's Summons in a Civil Action, Addendum List of Defendants, Complaint, Local 26.01 Disclosures and Motion to Proceed Under Pseudonym and for Protective Order in regard to the above captioned matter on the 28 day of

June, 2016 in Clemson, South Carolina on behalf of Clemson University and Clemson University Board of Trustees.

I understand that that the Judge has given a deadline of July 5, 2016 to respond to the Motion to Proceed Under Pseudonym and for Protective Order.

_____
W. Charles Hood, Jr., Esquire
on behalf of Clemson University and
Clemson University Board of Trustees