## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ANDERSON DIVISION

| | | |
|---|---|---|
| **John Doe,** | ) | C. A. No. 8:16-cv-01957-BHH |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Clemson University, Clemson University** | ) | |
| **Board of Trustees, James P. Clements,** | ) | **DEFENDANTS' ANSWERS** |
| **individually and as agent for Clemson** | ) | **TO LOCAL RULE 26.01** |
| **University, Almeda Jacks, individually and as** | ) | **INTERROGATORIES** |
| **agent for Clemson University, Alesia Smith,** | ) | |
| **individually and as agent for Clemson** | ) | |
| **University, Suzanne Price, individually and as** | ) | |
| **agent for Clemson University, Loreto Jackson,** | ) | |
| **individually and as agent for Clemson University** | ) | |
| **and David Frock, individually and as agent for** | ) | |
| **Clemson University,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Defendants respectfully submit the following responses to Local Rule 26.01 Interrogatories:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE: Not applicable.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: Defendants, as well as the Plaintiff, have requested a jury trial.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding

shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE: Defendant Clemson University is a political subdivision of the State of South Carolina.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01.

**RESPONSE: This case was filed in the United States District Court, for the District of South Carolina, Anderson Division. The alleged events giving rise to the claim occurred in Pickens County, South Carolina.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE: Defendants are not aware of any other matter filed in this District to which this action is related.**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: Clemson University is the only proper identification for the state of South Carolina entity. All remaining Defendants are properly identified.**

2

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE: Defendants do not assert that another person or legal entity is liable at this time; however, they reserve the right to amend this response as additional discovery is conducted in this matter.**

                              WILLSON JONES CARTER & BAXLEY, P.A.

BY:   s/Charles F. Turner, Jr.
       Charles F. Turner, Jr. (Fed. ID #5849)
       Wilson S. Sheldon (Fed. ID #5464)
       872 South Pleasantburg Drive
       Greenville, SC  29607
       Phone:   864-672-3711
       Fax:       864-373-7055
       CFTurner@wjlaw.net
       WSSheldon@wjlaw.net
       *Attorneys for Defendants*

Greenville, South Carolina
July 19, 2016