IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| John Doe, | ) | C/A No. 8:16-cv-01957-DCC |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Clemson University, et al, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Compel Chrystal Anderson's Response to Subpoena Duces Tecum, ECF No. 51, and Jane Doe's Motion to Quash John Doe's Subpoena to Chrystal Anderson, ECF No. 58. The Court finds that, to the extent Plaintiff is seeking any records or communications regarding Jane Doe's therapy sessions, those documents are protected by therapist-client privilege and are not discoverable.

The Court recognizes that Plaintiff alleges Jane Doe and Chrystal Anderson's professional relationship exceeded a therapist-client relationship in that Anderson "served as both a witness and advisor to Jane Doe during the investigation process," ECF No. 1 at 28. Anderson averred that she does not possess "records concerning communications between [her]self and Jane Doe or Charles Doe from the time [she] was employed at Clemson University" and she does not possess records "related to 'communications' made when Charles Doe and Jane Doe were both present." ECF No. 58-4 at 2. To the extent that Anderson is in possession of any communications between herself and Jane Doe or Charles Doe, individually or together, and whether made during her employment with Clemson University or after her employment ended, that do not relate to Jane Doe's therapy, Anderson is directed to produce these documents. In the event that no such

1

documents exist, Anderson is directed to clearly inform the Court that she does not have these documents in a supplemental affidavit.

The parties are directed to file a status report with the Court within 30 days from the date of this Order regarding the production of any additional documents from Anderson. Plaintiff's Motion to Compel Crystal Anderson's Response to Subpoena Duces Tecum and Jane Doe's Motion to Quash John Doe's Subpoena to Chrystal Anderson are both **GRANTED in part** as outlined in this Order and **DENIED in part**.

IT IS SO ORDERED.

                                                            s/Donald C. Coggins, Jr.
                                                            United States District Judge

January 23, 2018
Spartanburg, South Carolina