IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | CA: 8:16-CV-01957-DCC |
| | ) | |
| v. | ) | |
| | ) | |
| Clemson University, Clemson University Board of Trustees, James P. Clements, individually and as agent for Clemson University, Almeda Jacks, individually and as agent of Clemson University, Alesia Smith, individually and as agent of Clemson University, Suzanne Price, individually and as agent of Clemson University, Loreto Jackson, individually and as agent of Clemson University, David Frock, individually and as agent of Clemson University, | ) | MOTION TO ENFORCE SETTLEMENT AGREEMENT |
| Defendants. | ) | |

COMES NOW Clemson University, Clemson University Board of Trustees, James P. Clements, individually and as agent for Clemson University, Almeda Jacks, individually and as agent of Clemson University, Alesia Smith, individually and as agent of Clemson University, Suzanne Price, individually and as agent of Clemson University, Loreto Jackson, individually and as agent of Clemson University, David Frock, individually and as agent of Clemson University (hereinafter collectively "Clemson Defendants"), by and through undersigned counsel, and moves this Court for an Order enforcing the Settlement Agreement between John Doe and Clemson Defendants.

In support of their Motion, Clemson Defendants seek permission from the Court to submit an accompanying Memorandum of Law with exhibits under seal.

Pursuant to Local Civil Rule 7.02 DSC, the undersigned counsel hereby certifies that prior to filing this Motion, he conferred with opposing counsel and attempted in good faith to resolve the matters contained in the Motion.

Respectfully submitted,

**WILLSON JONES CARTER & BAXLEY, P.A.**

s/*Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. ID #5849)
Wilson S. Sheldon (Fed ID # 5464)
Andrew F. Carson (Fed. ID #11247)
872 S. Pleasantburg Drive
Greenville, SC  29607
(864) 672-3711 (phone)
(864) 373-7055 (fax)
cfturner@wjlaw.net
wssheldon@wjlaw.net
afcarson@wjlaw.net

**ATTORNEYS FOR DEFENDANTS**

Greenville, South Carolina
May 24, 2018

2