IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

-------------------------------------------------------------------------X

JOHN DOE,

                                               **Plaintiff,**

– against –

CLEMSON UNIVERSITY, CLEMSON UNIVERSITY BOARD OF TRUSTEES, JAMES P. CLEMENTS, individually and as agent for Clemson University, ALMEDA JACKS, individually and as agent for Clemson University, ALESIA SMITH, individually and as agent for Clemson University, SUZANNE PRICE, individually and as agent for Clemson University, LORETO JACKSON, individually and as agent for Clemson University and DAVID FROCK, individually and as agent for Clemson University,

                                             **Defendants.**

-------------------------------------------------------------------------X

Civil Action No.: 8:16-cv-1957

## **JOINT STATUS REPORT**

Pursuant to the Court's January 3, 2019 Order, the parties hereby submit their Joint Status Report as follows:

The parties have had no further discussions regarding resolution or settlement since the motion hearing before the Court on November 9th, 2018.

Plaintiff is not yet in possession of dispositive information that will assist in his ultimate goals regarding his education records with Clemson University. Plaintiff believes he will obtain such dispositive information from deposition testimony of the complainant in his companion state court action in the Court of Common Pleas, Pickens County.

In the state court action, the parties are operating under a scheduling order with a date for

{1080843.1 }

mediation, if any, by March 1, 2019 and discovery end date of June 1, 2019.

Plaintiff respectfully requests the Court to take into consideration the aforementioned discovery dates and Plaintiff's goals when deciding on Defendants' Motion to Enforce Settlement Agreement and Plaintiff's Cross-Motion to Re-open the Action. Defendants are not parties to the pending state court action, and therefore do not join in that request.

Date: January 14, 2019

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| JOHN DOE | CLEMSON UNIVERSITY, CLEMSON UNIVERSITY BOARD OF TRUSTEES, JAMES P. CLEMENTS, ALMEDA JACKS, ALESIA SMITH, SUZANNE PRICE, LORETO JACKSON, and DAVID FROCK |
| By: /s/ Andrew J. Savage<br>  Andrew J. Savage, Esq.<br>  15 Prioleau Street<br>  Charleston, SC 29401<br>  (843)720-7470<br>  andy@savlaw.com | |
| | By: /s/ Charles F. Turner<br>  Charles F. Turner, Jr.<br>  Wilson S. Sheldon<br>  872 S. Pleasantburg Drive<br>  Greenville, South Carolina 29607<br>  (864) 672-3711<br>  cfturner@wjlaw.net<br>  wssheldon@wjlaw.net |
| By: /s/ Kimberly C. Lau<br>  Kimberly C. Lau, Esq. (*pro hac vice* admitted)<br>  Warshaw Burstein, LLP<br>  555 Fifth Avenue<br>  New York, New York 10017<br>  (212) 984-7700<br>  klau@wbny.com | |